```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BANK EXPRESS INTERNATIONAL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOO Y. YANG et al. | : | NO. 02-4076 |

ORDER

AND NOW, this 8th day of October, 2002, upon consideration of defendants' motion to dismiss and strike the complaint (docket entry # 2), and the Court finding that:

(a)  The plaintiff has filed an amended complaint; and

(b)  The defendants have filed a motion to dismiss and strike the amended complaint (docket entry # 6);

It is hereby ORDERED that the motion to dismiss and strike the original complaint is DENIED AS MOOT.

BY THE COURT:

_____
Stewart Dalzell, J.