IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BANK EXPRESS INTERNATIONAL     :          CIVIL ACTION
                               :
          v.                   :
                               :
KANG, d/b/a BANKCARD SERVICE,  :
et al.                         :          NO. 02-4076

ORDER

AND NOW, this 15th day of January, 2003, upon consideration of defendants' motion to dismiss and strike the amended complaint and plaintiff's response, and in accordance with the foregoing memorandum, it is hereby ORDERED that:

1.    The motion is GRANTED IN PART AND DENIED IN PART;

2.    This action is TRANSFERRED to the United States District Court for the Northern District of California; and

3.    The Clerk of Court shall CLOSE this action statistically.


BY THE COURT:


_____
Stewart Dalzell, J.